NUMBER 13-07-252-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JESSE PEREZ, Appellant,


v.



RICKY P. CASAREZ, Appellee.

_____________________________________________________________


On appeal from the County Court of Bee County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Jesse Perez, attempted to perfect an appeal from an order entered by
the County Court of Bee County, Texas, in cause no. 4274. Upon review of the documents
before the Court, it appeared that the order appealed from was that of a county court
regarding a small claims appeal. Judgment of a county court on the appeal is final. See
Tex. Gov't Code Ann. §28.053 (Vernon 2004). The Clerk of this Court notified appellant
that it did not appear that this Court has jurisdiction and notified appellant of this defect so
that steps could be taken to correct the defect, if it could be done. See Tex. R. App. P.
37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeal would be dismissed for want of
jurisdiction. Appellant failed to respond to the Court's notice. 

 The Court, having considered the documents on file and appellant's failure to correct
the defect in this matter, is of the opinion that the appeal should be dismissed for want of
jurisdiction. See id. Accordingly, the appeal is DISMISSED FOR WANT OF
JURISDICTION. See id. 42.3(b),(c).

 PER CURIAM

Memorandum Opinion delivered and

filed this the 11th day of December, 2008.